CITY OF ASHEBORO v. AUMAN

No. 176 PC.

Case below: 26 N.C. App. 87.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

CITY OF DURHAM v. DEVELOPMENT CORP.

No. 1 PC.

Case below: 26 N.C. App. 210.

Petition for writ of certiorari to North Carolina Court of Appeals denied 27 August 1975.

CREASMAN v. WELLS

No. 155 PC.

Case below: 25 N.C. App. 645.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

DENDY v. WATKINS

No. 164 PC.

Case below: 26 N.C. App. 81.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 25 August 1975.

EARLES v. EARLES

No. 37 PC.

Case below: 26 N.C. App. 559.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 September 1975.